IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE JACKSON,

    Petitioner,

-vs-

WARDEN GUY PIERCE,

    Respondent.                        No. 16-cv-17-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on April 8, 216 (Doc. 18), the Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice.**

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:  s/*Caitlin Fischer*
                                        Deputy Clerk

**DATED:** April 11, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.04.11
15:39:56 -05'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT